**BLACK & LOBELLO**
Todd Kennedy, Esq.
Nevada Bar No.6014
10777 W. Twain Ave., Ste 300
Las Vegas, NV  89135
Tel: (702) 869-8801
Fax: (702) 869-2669
tkennedy@blacklobello.law

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
Ricardo Cestero, Esq.
(*Admitted Pro Hac Vice*)
1900 Avenue of the Stars 21st Floor
Los Angeles, California 90067
Phone: (310) 553-3610
Fax: (310) 201-2309
rcestero@greenbergglusker.com

*Attorneys for Defendant Golden Boy Promotions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| POUND FOR POUND PROMOTIONS, INC., a Nevada corporation,<br><br>Plaintiff,<br>vs.<br><br>GOLDEN BOY PROMOTIONS, INC., a California corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.:  2:16-cv-01872 GMN (PAL)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF**<br><br>[FIRST REQUEST] |

Pursuant to LR 7-1 and LR IA 6-1, and Pound for Pound Promotions, Inc. ("Plaintiff") and Golden Boy Promotions, Inc. ("Defendant") (collectively the "Parties") stipulate as follows:

1. Defendant filed on August 15, 2016, a Motion to Transfer Venue [ECF No. 7].

2. Plaintiff timely filed on September 1, 2016, its Response to the Motion to Transfer [ECF Nos. 12 and 13].  Plaintiff also filed on that same day a Motion to Remand [ECF No. 14].

/ / /

3. Defendants Reply in Support of the Motion to Transfer is presently due on Monday, September 12, 2016. Defendant's Response to the Motion to Remand is due on Monday, September 19, 2016.

4. Defendant's Reply in support of its Motion to Transfer and Defendant's Response to the Motion to Remand will have significant overlap on one of the primary issues raised in Plaintiff's Response to Motion to Transfer and Plaintiff's Motion to remand: whether there exists diversity jurisdiction.

5. Because of this overlap, the Parties stipulate that the time for Defendant to file its Reply in support of its Motion to Transfer shall be extended seven (7) days, to September 19, 2016, the same day Defendant is required to respond to Plaintiff's Motion to Remand so that Defendant may file both briefs on those overlapping issues on the same day.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. This is the first request for an extension of time for Defendant to file its Reply in support of its Motion to Transfer.

Dated this 8th day of September, 2016.        Dated this 8th day of September, 2016.

**BLACK & LOBELLO**                                **ANDERSON, McPHARLIN & CONNERS, LLP**


 _/s/ Todd E. Kennedy, Esq._____            _/s/ Carleton R. Burch, Esq._____
Todd E. Kennedy, Bar #6014                      Carleton R. Burch, Esq.
10777 W. Twain Ave., Ste 300                    Sue Trazig Cavaco, Esq.
Las Vegas, NV  89135                            601 S. Seventh Street
Attorneys for Defendant                         Las Vegas, NV  89101
Golden Boy Promotions, Inc.                     Attorneys for Plaintiff
                                                Pound For Pound Promotions, Inc.

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**    **LAW OFFICES OF MARC T. LITTLE, PLC**
Ricardo Cestero, Esq.                           Marc T. Little, Esq
(*Admitted Pro Hac Vice*)                       (*Admitted Pro Hac Vice)*
1900 Avenue of the Stars 21st Floor             445 South Figueroa Street, Suite 3100
Los Angeles, California 90067                   Los Angeles, California 90071
Phone: (310) 553-3610                           888-353-5999 (Direct)
Fax: (310) 201-2309                             213-559-0544 (Fax)


          IT IS SO ODERED:


          _____
           UNITED STATES MAGISTRATE JUDGE


          DATED: September 15, 2016

CERTIFICATE OF SERVICE

I certify that I caused the above Stipulation and Order to be served via the Court's CM/ECF service on counsel for Plaintiff in this action on September 8, 2016.

                       */s/ Shirley Blackburn*  
                       An Employee of Black & LoBello